IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                            )<br>              Plaintiff,              )<br>                                                            )<br>         v.                                             )<br>                                                            )<br>PATRICK D. COLERICK,            )<br>                                                            )<br>              Defendants.         )<br>_____) | 8:04CV343<br><br><br>ASSIGNMENT ORDER |

In light of the filing of the Application for Writ of Continuing Garnishment (Filing No. 3), and the fact that no judges have been assigned to this case,

IT IS ORDERED that this case is assigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 24th day of May, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge