IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   8:04CV343<br>) |
| Patrick D. Colerick,<br>    Defendant(s), | )<br>)<br>) |
| and | )<br>) |
| Limberg Eye Surgery Inc.,<br>    Garnishee. | )<br>) |

**ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT**

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Limberg Eye Surgery Inc., the garnishee. The Court finds that United States has complied with the requirements of 28 U.S.C. §3205. For good cause shown,

IT IS ORDERED:

1. The Application for Writ of Continuing Garnishment (Filing No. 3) is granted; and

2. The Clerk of the Court shall issue a Writ of Continuing Garnishment against Limberg Eye Surgery Inc., whose address is 1270 Peach Street, San Luis Obispo, CA 93401.

DATED this 25th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Court Judge